# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of L.L., a child
_____

A.M.

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2025-3348
_____

March 25, 2026

Appeal from the Circuit Court for Hillsborough County; Richard H. Martin, Judge.

David A. Dee, Tampa, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb and Sarah Todd Weitz of Statewide Guardian ad Litem Office, Tallahassee, for Appellee Guardian ad Litem Program Office.


PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.